Todd L. Moody (5430)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:  (702) 385-2500
Fax:  (702) 385-2086
Email: tmoody@hutchlegal.com
       tprall@hutchlegal.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSE CLEVERLEY, | Case No.: 2:13-cv-01108-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SUN CITY SUMMERLIN COMMUNITY ASSOCIATION, INC., | |
| Defendant. | |

The parties, by and through their undersigned counsel, stipulate and agree that the above action be dismissed with prejudice each party to bear their own fees and costs.

DATED this 15th day of January, 2014.          DATED this 15th day of January, 2014.

HUTCHISON & STEFFEN, LLC                       RICHARD SEGERBLOM, ESQ,

/s/ Todd w. Prall                              /s/ Richard Segerblom
Todd L. Moody (5430)                           Richard Segerblom (1010)
Todd W. Prall (9154)                           700 South Third Street
Peccole Professional Park                      Las Vegas, Nevada 89101
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145                            *Attorney for Plaintiff*

*Attorney for Defendant*

## ORDER

**IT IS SO ORDERED** this 16th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court